SADIE DANIELS, Respondent, *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant.

Argued March 2, 1939; decided April 4, 1939.

*Flynn L. Andrew, William J. Junkerman* and *John M. Friedman* for appellant.

*Forrest S. Chilton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.